### SPARKS *v.* THE STATE.

CANDLER, J. No complaint is made that the court committed any error of law. The evidence warranted the verdict, and it was not error to refuse a new trial. *Judgment affirmed.　All the Justices concur.*

Submitted November 16, — Decided December 8, 1903.

Accusation of larceny.   Before Judge Hodges.   City court of Macon.   October 17, 1903.

*John R. Cooper*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.